HOME INDEMNITY COMPANY, Respondent, *v.* FILYORK HOLDING CORPORATION et al., Appellants.

Argued June 10, 1940; decided July 24, 1940.

*Abraham J. Halprin* for appellants.

*Frederick W. Hamberg* and *William A. Nunlist* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ. Taking no part: LEWIS, J.